1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BRADLEY S. WALKER,               )      2:07-cv-01528-HDM-GWF
                                 )
              Plaintiff,         )
                                 )      ORDER
vs.                              )
                                 )
CLARK COUNTY and UNIVERSITY      )
MEDICAL CENTER,                  )
                                 )
              Defendants.        )
_____ )

    Before the court is the defendant's motion for rehearing and
reconsideration (#140).  Plaintiff responded to the motion (#141).
The court has not ordered a reply.

    A district court "possesses the inherent procedural power to
reconsider, rescind, or modify an interlocutory order for cause
seen by it to be sufficient" so long as it has jurisdiction.  *City
of Los Angeles, Harbor Div. v. Santa Monica Baykeeper,* 254 F.3d
882, 885 (9th Cir. 2001).  Reconsideration may be appropriate if
the court (1) is presented with newly discovered evidence; (2) has
committed clear error or the initial decision was manifestly

1

unjust; or (3) there has been an intervening change in controlling law. *Nunes v. Ashcroft*, 375 F.3d 805, 807 (9th Cir. 2004); *Kona Enters., Inc. v. Estate of Bishop,* 229 F.3d 877, 890 (9th Cir. 2000). "There may also be other, highly unusual, circumstances warranting reconsideration." *Sch. Dist. No. 1J, Multnomah County, Or. v. ACandS, Inc.,* 5 F.3d 1255, 1263 (9th Cir. 1993).

"[M]otions for reconsideration are not the proper vehicles for rehashing old arguments and are not intended to give an unhappy litigant one additional chance to sway the judge." *Sw. Circle Group, Inv. v. Perini Bldg. Co.*, 2010 WL 4606999, at *1 (D. Nev. Nov. 5, 2010) (internal citations and punctuation omitted). Accordingly, a motion for reconsideration is properly denied where it presents no new arguments. *See Backlund v. Barnhart*, 778 F.2d 1386, 1388 (9th Cir. 1985). At the same time, a motion for reconsideration "may *not* be used to raise arguments or present evidence for the first time when they could reasonably have been raised earlier in the litigation." *Kona*, 229 F.3d at 890 (italics original).

The defendant has failed to establish that the order of Judge Jones dated December 27, 2010, was either clearly erroneous or manifestly unjust.[1] While the issues the motion raises may be revisited at the time of trial in connection with appropriate instructions to the jury, the court finds those arguments insufficient to meet the demanding standard for granting a motion for reconsideration.

Although the court will deny the motion, it will not issue an

---

[1] Defendant does not argue that reconsideration is appropriate based on an intervening change in the law or newly discovered evidence.

order to show cause in connection with its filing.  Plaintiff's request for such is therefore denied.

In accordance with the foregoing, the defendant's motion for reconsideration (#140) and the plaintiff's request for an order to show cause (#141) are hereby denied.

IT IS SO ORDERED.

DATED: This 24th day of January, 2011.

_Howard D McKibben_
UNITED STATES DISTRICT JUDGE